UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: <br> Linda J. Flowers, <br>     Debtor, <br> <br> v. <br> <br> Lakewood Village Condominium <br> Homeowners Association <br>     Defendant. | CHAPTER 13 <br> BANKRUPTCY NO. 24-00208C <br> <br> ENTRY OF APPEARANCE |

COMES NOW, the undersigned, Attorney Eric J. Langston, and does hereby enter his appearance in the above-captioned matter on behalf of the Defendant, Lakewood Village Condominium Homeowners Association.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing: 601 S. Lindbergh Blvd.
         Frontenac, MO 63131
Physical: 222 Third Ave. SE
         Suite 501, Office 6
         Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
    Attorney for Defendant

---

**Certificate of Service**

I certify that I caused the foregoing to be filed with the EDMS on October 17, 2024, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

*Eric J Langston*