UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | |
| Linda J. Flowers, | ) | CHAPTER 13 |
|     Debtor, | ) | BANKRUPTCY NO. 24-00208C |
| | ) | |
| v. | ) | |
| | ) | JOINDER |
| Lakewood Village Condominium | ) | IN SUPPORT OF THE |
| Homeowners Association, Inc. | ) | MOTION TO DISMISS |
|     Defendant. | ) | |

COMES NOW the Lakewood Village Condominium Homeowners Association, Inc., an Iowa nonprofit (the "Association") who files this Joinder in Support of the Motion to Dismiss filed by the Chapter 13 Trustee and in support thereof states as follows:

1. The Debtor filed a Chapter 13 Plan (the "Plan") proposing monthly payments of $1,650.00. ECF No.34.

2. The Chapter 13 Trustee moved to dismiss the instant action on account of the Debtor failing to make payments.  ECF No. 66.

3. The Association retained the services of a private investigator, who obtained a copy of the Debtor's bank statement, which is attached hereto as **Exhibit A.**

4. In August 2024, the Debtor made three payments via Zelle to a certain Paul Barrett in the aggregate amount of $4,795.99, which is over 2.5 times the Plan's monthly payment.

5. However, Paul Barrett is not described in the Plan. Accordingly, the Debtor's payments to Paul Barrett are contrary to the Plan.

6. The Debtor is demonstrably able to make payments well over the Plan's proposed monthly payment. However, the Debtor is not making any payments towards the Plan.

7. Accordingly, for the reasons above and the reasons described in the Chapter 13 Trustee's motion to dismiss, the Court should dismiss the Debtor's case with prejudice.

WHEREFORE the Association prays that the Court grant the Chapter 13 Trustee's motion to dismiss, dismiss the Debtor's case with prejudice and provide such relief as is just, necessary and proper under the circumstances.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:   601 S. Lindbergh Blvd.
               Frontenac, MO 63131
Physical: 222 Third Ave. SE
               Suite 501, Office 6
               Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
               Attorney for Defendant

**Certificate of Service**
I certify that I caused the foregoing to be filed with the EDMS on October 17, 2024, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.
*Eric J Langston*

2

EXHIBIT A

 **bank** LINDA J FLOWERS
1512 1ST AVE APT 205N
CORALVILLE IA 52241-1127

**Uni-Statemen**

Account Numbe
1 964 7723 299

Statement Perioc

Aug 13, 202
throug
Sep 12, 202

Page 2 of

## U.S. BANK SMARTLY CHECKING                                   (CONTINUEC

U.S. Bank National Association                          Account Number 1-964-7723-299|

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Aug 21 | Federal Benefit Deposit<br>REF=2422901252954440N00 | From SSA TREAS 310<br>XXSOC SEC 9031736013 3313A S | | $ | 1,641.00 |
| Aug 26 | Electronic Deposit<br>REF=242360071407010N00 | From TEXAS PETROLEUM<br>OIL AND GA1760289681 | | | 3,100.67 |
| | | Total Deposits / Credits | | $ | 4,741.67 |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4640

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Aug 20 | Debit Purchase – VISA<br>V*yoga-go.io_ADN<br>Exchg Amt: $15.19<br>Orig Curr:15.19 | On 081924 Limassol<br>REF # 7498750423200003234021<br>Currency Type: U.S. DOLLAR | 2000003234 | $ | 15.19- |
| Aug 20 | Intl Processing Fee<br>V*yoga-go.io_ADN | On 081924 Limassol<br>REF # 7498750423200003234 CY1 | 2000003234 | | 0.45- |
| Aug 22 | Debit Purchase – VISA<br>HY-VEE CORALVILL | On 082124 CORALVILLE IA<br>REF # 24137464235001317843810 | 5001317843 | | 27.00- |
| Aug 22 | Debit Purchase – VISA<br>WAL-MART #2827 | On 082124 CORALVILLE IA<br>REF # 24226384235001650642193 | 5001650642 | | 46.57- |
| Aug 22 | Debit Purchase – VISA<br>WM SUPERCENTER # | On 082124 CORALVILLE IA<br>REF # 24445004235400145765610 | 5400145765 | | 132.49- |
| Sep 9 | Debit Purchase – VISA<br>8889101328THEKIT | On 090524 888-9101328 NY<br>REF # 24794874250900601607472 | 0900601607 | | 9.97- |
| Sep 9 | Debit Purchase – VISA<br>GARDENERS GEAR B | On 090524 855-2462172 NY<br>REF # 24183104250900640301021 | 0900640301 | | 39.99- |
| | | Card 4640 Withdrawals Subtotal | | $ | 271.66- |
| | | Total Card Withdrawals | | $ | 271.66- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Aug 14 | Zelle Instant<br>On 08/14/24 | PMT To PAUL BARRETT<br>PMT ID=USBEGFcjmkvu | | $ | 499.99- |
| Aug 20 | Iowa Tax* | | 2000000481 | | 0.03- |
| Aug 21 | Customer Withdrawal | | 8612826166 | | 100.00- |
| Aug 21 | Zelle Instant<br>On 08/21/24 | PMT To PAUL BARRETT<br>PMT ID=USBxNotjojTw | | | 1,186.00- |
| Aug 26 | Zelle Instant<br>On 08/24/24 | PMT To PAUL BARRETT<br>PMT ID=USBaJmYjpadS | | | 3,110.00- |
| Sep 3 | Electronic Withdrawal<br>REF=242470172537860N00SD | To MEDALERT<br>28424283658003888257FC00768943-3 | | | 99.99- |
| | | Total Other Withdrawals | | $ | 4,996.01- |

* Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax
has been itemized on your statement.

| | Total for Statement Period | | Total Year to Date | |
|--|--|--|--|--|
| Total Returned Item Fees | $ | 0.00 | $ | 0.00 |
| Total Overdraft Fees | $ | 0.00 | $ | 144.00 |
| Less: Waives | $ | 0.00 | $ | 36.00- |
| TOTAL | $ | 0.00 | $ | 108.00 |

A "waive" occurs when an assessed fee is credited back automatically.

 LINDA J FLOWERS
1512 1ST AVE APT 205N
CORALVILLE IA 52241-1127

**Uni-Statement**
Account Number:
1 964 7723 2991
Statement Period:
Aug 13, 2024
through
Sep 12, 2024

Page 3 of 3

## U.S. BANK SMARTLY CHECKING                                          (CONTINUED)
U.S. Bank National Association                                Account Number 1-964-7723-2991
**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Aug 14 | 35.00 | Aug 22 | 168.27 | Sep 3 | 58.95 |
| Aug 20 | 19.33 | Aug 26 | 158.94 | Sep 9 | 8.99 |
| Aug 21 | 374.33 | | | | |

Balances only appear for days reflecting change.