UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 24-00208C |
| Linda J. Flowers, | ) | |
| | ) | |
| | ) | UNITED STATES TRUSTEE'S |
| | ) | MOTION TO RESTRICT PUBLIC |
| | ) | ACCESS TO LAKEWOOD VILLIAGE |
| | ) | CONDOMINIUM HOMEOWNERS |
| Debtor. | ) | ASSOCIATION JOINDER IN |
| | ) | SUPPORT OF THE MOTION TO |
| | ) | DISMSS |

The United States Trustee respectfully moves the court for an order restricting public access to the motion filed by the Lakewood Village Conominium Homeowners Association, ("Association")(doc. 71).  In support of this motion, the undersigned states as follows:

1.  Linda J. Flowers, ("debtor") filed her voluntary chapter 13 petition on March 11, 2024(doc. 1).

2.  The Association filed its Joinder in Support of the Motion to Dismiss "(Motion") on October 17, 2024 (doc. 71).

3.  The attachments to the Motion include a copy of an Debtor's US Bank statement.(doc. 71 at pp. 3-4).  The bank statement includes the debtor's complete bank account number.

4.  Bankruptcy Rule 9037(a)(4) prohibits disclosure of anything more than the last four digits of an individual's financial-account number.

5. Under 11 U.S.C. § 107(c)(1) and Bankruptcy Rule 9037(d)(2), the court has authority to enter an order limiting or prohibiting a nonparty's remote electronic access to a document filed with the court.

6. The entry of such an order would be appropriate in this case.

Wherefore, the United States Trustee respectfully moves the court for an order restricting public access to the motion filed by the Association (doc. 71).

Dated this 18th day of October, 2024.

Respectfully Submitted,

Mary R. Jensen
Acting United States Trustee

By: /s/  Janet G. Reasoner
Assistant U.S. Trustee
111 7th Ave SE, Box 17
Cedar Rapids IA  52401
(319) 364-2211 ext 230
Janet.G.Reasoner@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on October 18, 2024:

All parties requesting electronic notice in CM/ECF.

                                            */s/ Jennifer L. Cline*
                                            Jennifer L. Clne