UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                            )        CHAPTER 13
                                  )        CASE NO. 24-00208
LINDA J. FLOWERS,                 )
                                  )
        Debtor.                   )

ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO RESTRICT
PUBLIC ACCESS TO JOINDER IN SUPPORT OF MOTION TO DISMISS(DOC. 71)

The matter before the court is the Acting United States Trustee's motion for an order restricting public access to Lakewood Village Conominium Homeowners Association Joinder in Motion to Dismiss (doc. 71). The United States Trustee contends that the Joinder in Motion to Dismiss disclose protected information in violation of Bankruptcy Rule 9037(a)(4). The court finds that cause exists to enter a protective order pursuant to 11 U.S.C. § 107(c)(1)and Bankruptcy Rule 9037(d)(4). Hearing is not required.

THEREFORE, IT IS ORDERED that the Clerk shall take the necessary steps to restrict public access to Lakewood Village Conominium Homeowners Association Joinder in Motion to Dismiss (doc. 71).

Dated and entered:
October 18, 2024

_____
United States Bankruptcy Judge

Prepared by:
Office of U.S. Trustee