UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| LINDA J. FLOWERS, | ) | BANKRUPTCY NO. 24-00208C |
| | ) | |
| | ) | |
| Debtor. | ) | ORDER RE: MOTION TO DISMISS |

Trustee has filed a Motion to Dismiss this case for delinquent plan payments. Debtor has now Filed a Consent to Trustee's Motion to Dismiss.

IT IS HEREBY ORDERED that this case is dismissed. The hearing scheduled for October 29, 2024, at 1:30 PM is hereby canceled.

DATED:
October 21, 2024

_____
Bankruptcy Judge for the Northern District of Iowa