United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00208-TJC |
| Linda J. Flowers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2024 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda J. Flowers, 1512 1st Ave #C-205N, Coralville, IA 52241-1143 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F. Dunbar | ssteffen@iowachapter13.com cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | on behalf of Creditor Lakewood Village Condominium Homwowners Association Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Steven G. Klesner | on behalf of Debtor Linda J. Flowers steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |

District/off: 0862-1 User: admin Page 2 of 2
Date Rcvd: Oct 21, 2024 Form ID: pdf902 Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| LINDA J. FLOWERS, | ) | BANKRUPTCY NO. 24-00208C |
| | ) | |
| | ) | |
| Debtor. | ) | ORDER RE: MOTION TO DISMISS |

Trustee has filed a Motion to Dismiss this case for delinquent plan payments. Debtor has now Filed a Consent to Trustee's Motion to Dismiss.

IT IS HEREBY ORDERED that this case is dismissed. The hearing scheduled for October 29, 2024, at 1:30 PM is hereby canceled.

DATED:
October 21, 2024

Bankruptcy Judge for the Northern District of Iowa