United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00208-TJC |
| Linda J. Flowers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: ntc13rpt | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda J. Flowers, 1512 1st Ave #C-205N, Coralville, IA 52241-1143 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Ave, Detroit, MI 48226-3408 |
| 2397328 | | Caldwell County Appraisal District, PO Box 900, Lockhart, TX 78644-0900 |
| 2397331 | | Iowa Department of Revenue, Office of the Attorney General of Iowa, 105 E Walnut Street, Des Moines, IA 50319 |
| 2392635 | + | Lakewood Village Condominium Homeowners, Association, c/o Carol Throckmorton, 1512 First Ave, Coralville, IA 52241-1143 |
| 2410939 | + | Lakewood Village Condominium Homeowners Associatio, c/o KMB Property Management, 916 Maiden Lane, Iowa City, IA 52240-4751 |
| 2392636 | + | Matthew W. Murphy, Gurstel Law Firm, P.C., 6681 County Club Drive, Minneapolis, MN 55427-4601 |
| 2392639 | + | Richard Reinblatt, SouthLaw, P.C., 10855 W Dodge Rd Ste 250, Omaha, NE 68154-2666 |
| 2392640 | + | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 2393517 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 2392826 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC fka Qu, c/o Wendee Elliott-Clement, 13160 Foster, Suite 100, Overland Park, KS 66213-2848 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 2396209 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2024 21:06:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 2392629 | + | Email/PDF: bncnotices@becket-lee.com | Nov 06 2024 21:06:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 2392630 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 21:07:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 2397329 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 20:59:00 | Comenity, PO Box 182125, Columbus, OH 43218-2125 |
| 2392997 | | Email/Text: mrdiscen@discover.com | Nov 06 2024 20:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 2392632 | + | Email/Text: mrdiscen@discover.com | Nov 06 2024 20:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 2392633 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 06 2024 20:59:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 2392634 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 06 2024 20:59:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 2397330 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2024 20:59:00 | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 2398016 | + | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Nov 06 2024 20:59:00 | Iowa Department of Revenue, Office of the Attorney General of Iowa, Attn: Bankruptcy Unit, 1305 E Walnut, Des Moines, IA 50319-0109 |
| 2392631 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 06 2024 21:07:11 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 24-00208   Doc 78   Filed 11/08/24   Entered 11/08/24 23:38:34   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0862-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: ntc13rpt | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 2394918 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 06 2024 20:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 2397608 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2024 20:59:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 2392637 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2024 20:59:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 2397999 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2024 21:07:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 2392638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 06 2024 21:07:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 2398343 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2024 20:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 2397332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 06 2024 21:06:53 | Sears Credit Services, PO Box 183081, Columbus, OH 43218-3081 |
| 2392641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2024 21:07:02 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 2398488 | | Email/PDF: ebn_ais@aisinfo.com | Nov 06 2024 21:06:53 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 2398332 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 06 2024 21:07:03 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2397333 | + | Email/Text: bankruptcy@uflp.com | Nov 06 2024 20:59:00 | Universal Fidelity LP, 1400 Ravello Dr, Suite N210, Katy, TX 77449-5164 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2401306 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 2395060 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 2398489 | * | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2024        Signature:    /s/Gustava Winters

District/off: 0862-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 06, 2024 | Form ID: ntc13rpt | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carol F. Dunbar | ssteffen@iowachapter13.com<br>cdunbar13@ecf.epiqsystems.com,mweber@iowachapter13.com;trusteeIANB75@ecf.epiqsystems.com |
| Eric J. Langston | on behalf of Creditor Lakewood Village Condominium Homwowners Association Inc. elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Steven G. Klesner | on behalf of Debtor Linda J. Flowers steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. iabkndecf@southlaw.com, ksbkecf@ecf.courtdrive.com |

TOTAL: 5

ntc13rpt 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Linda J. Flowers

Debtor

Chapter 13

Bankruptcy No. 24−00208

## NOTICE OF FILING RE:
## CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT
## AND NOTICE OF DISMISSAL OF CASE

To:

All Creditors and Parties in Interest

**NOTICE IS HEREBY GIVEN:**

1. The enclosed Notice of Filing re: Ch. 13 Trustee's Final Report and Account and Notice of Dismissal of Case was filed on November 6, 2024.

2. This case has been dismissed.

3. Unless a written application for a hearing is filed on or before 30 days from the date of this notice, the estate will be closed and the Court shall release the trustee and the surety on the trustee's bond.

Date: November 6, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Som Mary Grigg*

Deputy Clerk